Hardy, Appellant et al. *v.* New Brighton Area School District et al.

Argued November 14, 1973. *Joseph E. Hardy,* appellant, in propria persona; *E. Earl Autenreith,* with him *Panner, Holland and Autenreith,* for appellees.

Order affirmed.

SPAULDING, J., absent.